# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Richar Sanchez Mujica (1),<br><br>    Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  SHANNON G. ELKINS<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 25-cr-92 (JWB/ECW) |
| Date: | March 19, 2025 |
| Courthouse: | St. Paul |
| Courtroom: | Devitt Courtroom |
| Time Commenced: | 1:46 p.m. |
| Time Concluded: | 1:47 p.m. |
| Time in Court: | 1 minutes |

**APPEARANCES:**

   Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
   Defendant: Kate Adams
             X FPD

   Interpreter/ Language:   Andres Diaz/Spanish

**Indictment Dated:**   March 13, 2025

   X Reading of Indictment Waived      X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

_____*s/nah*_____
Signature of Courtroom Deputy
