# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHAR SANCHEZ MUJICA,<br><br>　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　　25-CR-92 (1) JWB/ECW<br>Date:　　　　　October 7, 2025<br>Court Reporter: Erin Drost<br>Courthouse:　　St. Paul<br>Courtroom:　　7A<br>Time Commenced: 10:17 a.m.<br>Time Concluded:　10:55 a.m.<br>Time in Court:　38 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

　For Plaintiff:　David Steinkamp, Assistant United States Attorney
　For Defendant:　Frederick J. Goetz, CJA
　Interpreter:　Constanza Raber

PROCEEDINGS:
　☒ **Change of Plea Hearing.**
　☒ PLEA:
　　☒ Guilty as to Count 1 of the Indictment.
　☒ Presentence Investigation and Report requested.
　☒ Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　s/ D. Dodd
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy