# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RICAR SANCHEZ MUJICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No:          25-CR-92(1) JWB/ECW<br>Date:             July 28, 2026<br>Court Reporter: Lori Morrow<br>Courthouse:    St. Paul<br>Courtroom:      7A<br>Time Commenced: 10:11 AM<br>Time Concluded:    10:42 AM<br>Sealed Hearing Time:<br>Time in Court:    31 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:          Nicholas Grey, Assistant United States Attorney
    For Defendant:      Frederick J. Goetz, CJA
    Language/Interpreter: Constanza Raber

**x Sentencing.**

IT IS ORDERED:     Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 144 months | | 5 years | | |

**Said terms to run☐ concurrently   ☐ consecutively**
- x   Special conditions of :   **See J&C for special conditions**
  - x   Defendant sentenced to pay:
    - x Special assessment in the amount of $100.00.
- x   Plea and plea agreement accepted.
- x   On Motion of the Gov't., Counts 2 and 4 of the indictment are dismissed as to this defendant only.
- x   Defendant remanded to the custody of the U.S. Marshal.
- x   Docket no.: 418 shall be unsealed at the time the judgment is filed.

                                                                          s/D. Dodd
                                                                     Courtroom Deputy